MATTHEW SCHINDLER, OSB# 964190
501 Fourth Street #324
Lake Oswego, OR 97034
Phone: (503) 699-7333
FAX: (503) 345-9372
e-mail: mattschindler@comcast.net

ATTORNEY FOR DEFENDANT KENNETH MEDENBACH

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>KENNETH MEDENBACH,<br>        Defendant(s). | Case No. 3:16-CR-00051-16-BR<br><br>**DECLARATION OF MATTHEW SCHINDLER IN SUPPORT OF WAIVER OF DETENTION HEARING** |

The undersigned as standby counsel for defendant Kenneth Medenbach does swear that the following is true:

1. On February 5, 2016 I was appointed to represent Mr. Medenbach under the CJA.

2. Mr. Medenbach was in custody in Jackson County for violating federal pretrial release relative to an unlawful camping case being handled in the Medford Division of the United States District Court for the District of Oregon. Mr. Medenbach was representing himself on that matter with the FPD as stand by counsel.

3. Because of the FPD's involvement in the above captioned matter it could not continue to act as stand by counsel for Mr. Medenbach. I was appointed to assist him in both matters.

4. Mr. Medenbach had his first appearance and arraignment on this indictment February 25, 2016. The court entered a not guilty plea on his behalf.

5. During that hearing, and then again today, I discussed extensively with Mr. Medenbach the benefit of delaying the court's consideration of release until we had an opportunity to work with pretrial services and develop new information. I also explained to him that it would be necessary for the court to conduct a hearing to advise him about the risks of self-representation. Given my involvement in the case and his satisfaction with that, I explained that I saw no prejudice to him from a short delay in conducting that hearing.

6. Mr. Medenbach did not have any reservations about delaying consideration of his release until more information becomes available. He also was comfortable with my assistance as stand by counsel and agreed that there was no prejudice from delaying his hearing on self-representation.

Respectfully submitted under penalty of perjury on February 25, 2016.

                        Matthew A. Schindler, OSB#964190
                        Standby counsel for Kenneth Medenbach